IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERRI WAITES and PAULA MARKHAM                                              PLAINTIFFS

vs.                                         No. 4:15-cv-4026

HOUSING OPPORTUNITIES, INC., and
HOUSING OPPORTUNITIES EXTENSION, INC.                                       DEFENDANTS

# ORDER

The bench trial of this matter is set for June 20, 2016. (ECF No. 24). On March 1, 2016 the Court denied Defendants' Motion to Summary Judgment (ECF No. 16) without prejudice and ordered that limited discovery be conducted on the employment relationship between Plaintiffs and Defendants. (ECF No. 25). The Court set out new deadlines for additional motions to be filed. A Motion to Amend (ECF No. 27) was filed by Plaintiffs on April 11, and a Motion for Summary Judgment (ECF No. 36) was filed by Defendants on May 12. The Court requires additional time to consider the pending motions. Accordingly, the trial of this matter is hereby continued and will be re-set at a later date.

**IT IS SO ORDERED**, this 31st day of May, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge