IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERRI WAITES and PAULA MARKHAM                                                           PLAINTIFFS

vs.                                                       No. 4:15-cv-4026

HOUSING OPPORTUNITIES, INC., and
HOUSING OPPORTUNITIES EXTENSION, INC.                                                   DEFENDANTS

## ORDER

Before the Court is the parties' Joint Motion for Approval of Settlement and Dismissal With Prejudice. (ECF No. 43). The parties seek Court approval of their settlement and request that they be permitted to file their confidential settlement agreement under seal for the Court's review.

Upon consideration, the Court finds that parties' request to file the settlement agreement under seal should be and hereby is **GRANTED**. The Clerk is directed to place the forthcoming settlement agreement under seal. The Clerk is further directed to allow the Court and the parties electronic access to the document. The parties' Motion for Approval of Settlement (ECF No. 43) remains pending.

**IT IS SO ORDERED**, this 18th day of August, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge